BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ENDANGERED SPECIES ACT　　　　　　　　　　MDL No. 2165
SECTION 4 DEADLINE LITIGATION

Motion to Transfer Tag-Along Action:

State of Oklahoma v. U.S. Dep't of Interior,
No. 4:14-cv-00123-JHP-PJC
(N.D.Okla.) (Payne, J.)

**DEFENDANTS' MOTION TO TRANSFER TAG-ALONG ACTION**

Pursuant to Rules 6.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation ("Panel") and the Panel's August 11, 2014, Order Vacating Conditional Transfer Order, MDL No. 2165, Docket No. ("Dkt.") 75, Defendants United States Department of the Interior ("Interior"); S.M.R. Jewell, in her official capacity as Secretary of the Interior; the United States Fish and Wildlife Service ("FWS"); Daniel Ashe, in his official capacity as FWS's Director; Gary Frazer, in his official capacity as FWS's Assistant Director for Endangered Species; and Jontie Aldrich, in his official capacity as Acting Field Supervisor of FWS's Oklahoma Ecological Services Field Office, (collectively, "Defendants") hereby move the Panel to transfer a "tag along" action pending in the United States District Court for the Northern District of Oklahoma: State of Oklahoma v. U.S. Dep't of Interior, No. 4:14-cv-00123-JHP-PJC (N.D. Okla.) (Payne, J.) ("State of Oklahoma"). A brief in support of the motion is attached.

Dated:  October 15, 2014　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　SAM HIRSCH
　　　　　　　　　　　　　　　　　　　　　Acting Assistant Attorney General
　　　　　　　　　　　　　　　　　　　　　SETH M. BARSKY
　　　　　　　　　　　　　　　　　　　　　Section Chief
　　　　　　　　　　　　　　　　　　　　　KRISTEN L. GUSTAFSON

Assistant Section Chief


*/s/ H. Hubert Yang*
H. HUBERT YANG
Trial Attorney

*/s/ Clifford E. Stevens, Jr.*
CLIFFORD E. STEVENS, JR.
Trial Attorney

United States Department of Justice
Environment & Natural Resources Division
Wildlife & Marine Resources Section
Ben Franklin Station
P.O. Box 7611
Washington, DC 20044-7611
Tel: (202) 305-0210
Fax: (202) 305-0275
E-mail: hubert.yang@usdoj.gov
E-mail: clifford.stevens@usdoj.gov

Attorneys for Defendants